In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of LOUIS FISCHER, an Attorney and Counselor at Law.— Motion to amend decision denied. Present — Lazansky, P. J., Young, Tompkins and Davis, JJ.; Scudder, J., not voting.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of FABIAN STOCKHAMMER, an Attorney and Counselor at Law.— Proceeding dismissed. Present — Lazansky, P. J., Young, Tompkins and Davis, JJ.; Scudder, J., not voting.

ELIZABETH MERTEN and Others, Respondents, v. QUEEN RENTAL CORPORATION, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Tompkins and Davis, JJ.; Scudder, J., not voting.

NORGE CORPORATION, Appellant, v. THE LONG ISLAND RAILROAD COMPANY, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Tompkins and Davis, JJ.; Scudder, J., not voting.

GEORGE PETERS, Respondent, v. McGOLRICK REALTY Co., INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

UMBERTO POLITANO, Appellant, v. AARON L. JACOBY, Defendant, and JAMES A. McQUADE, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. The question certified is: Does the complaint state facts sufficient to constitute a cause of action against defendant McQuade? Defendant McQuade's time to answer the complaint herein is extended until ten days after the determination of the appeal by the Court of Appeals. All proceedings in the action on the part of the plaintiff are stayed pending the appeal. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

EMMA POSNER, Appellant, v. QUEENS BUS LINES, INC., Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM KAPLAN, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LLOYD RUBIN, etc., Appellant.— Motion to vacate order dismissing appeal and to permit the appeal to be argued denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELMER W. SWALLOW, Appellant.— Motion to vacate order dismissing appeal and to permit the appeal to be argued denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

SAMUEL REICH, Respondent, Appellant, v. IRA J. GINSBERG, Appellant, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Tompkins and Davis, JJ.; Scudder, J., not voting.